IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 14 P 2: 42

CLERK _J. LaVictoire_
SO. DIST. OF GA.

UNITED STATES OF AMERICA

vs.

KENNETH RICHARD CARPENTER

CASE NUMBER.: CR202-14

## ORDER

As a Notice of Appeal has been filed in this case, the Motion to Appeal (Doc. 54) filed by the Defendant on his own is **dismissed**.

SO ORDERED, this 14th day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## *Southern District of Georgia*

UNITED STATES OF AMERICA    *

         vs.    *      CASE NO. CR202-14

CARPENTER    *

The undersigned, a regularly appointed and qualified deputy in the office of this Clerk of this District, while conducting the business of the Court for said Division does hereby certify the following:

1. Pursuant to instructions from the court, and in the performance of my official duties, I personally placed in the U.S. Mail a sealed envelope bearing the lawful frank of the Court, and properly addressed to each of the persons, parties or attorneys listed below; and

2. That the aforementioned envelope(s) contain a copy of the documents known as ORDER dated 7/14/05, which is part of the official records of this case.

Date of Mailing: 7/14/05
Date of Certificate: 7/14/05

SCOTT L. POFF, CLERK

By: Sherry Taylor, Deputy Clerk

NAME:
1. M. Lynn Frey III
2. Kristi Harrison
3. Kenneth Carpenter, 969669, Glynn Co. Detention Center, 1812 Newcastle Street, Brunswick, GA 31520
4.
5.
6.
7.

Cert/Copy
- ☐ ☐ District Judge
- ☐ ☒ Magistrate Judge
- ☐ ☐ Minutes
- ☐ ☐ U.S. Probation
- ☐ ☐ U.S. Marshal
- ☐ ☐ U.S. Attorney
- ☐ ☐ JAG Office

Cert/Copy
- ☐ ☐ Dept. of Justice
- ☐ ☐ Dept. of Public Safety
- ☐ ☐ Voter Registrar
- ☐ ☐ U.S. Court of Appeals
- ☐ ☐ Nicole/Debbie
- ☐ ☐ Ray Stalvey
- ☐ ☐ Cindy Reynolds