# In the United States District Court for the Southern District of Georgia Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| KENNETH RICHARD CARPENTER | : | NO. CR202-014 |

### O R D E R

Upon consideration of Defendant's "Motion for Supeona [sic]," the same is hereby **DENIED**.

**SO ORDERED**, this 25th day of July, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)